**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BRYAN EDWARDS and MARSHA ALLEN-EDWARDS, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>SELENE FINANCE LP,<br><br>    Defendant. | Case No. 1:18-cv-04419<br><br>Honorable Virginia M. Kendall<br><br>Honorable Young B. Kim<br>Magistrate Judge |

**NOTICE OF SETTLEMENT**

    Plaintiffs, BRYAN EDWARDS and MARSHA ALLEN-EDWARDS, individually, and on behalf of all others similarly situated, hereby notify the Court that Plaintiffs and Defendant, SELENE FINANCE LP, have reached settlement, and are in process of completing the settlement agreement and filing a stipulation of dismissal. The parties request that the Court retain jurisdiction for any matter relating to completing the settlement agreement and/or enforcing the settlement agreement.

December 28, 2018

Respectfully submitted,

*/s/ Joseph Scott Davidson*

Joseph Scott Davidson
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com

s*Counsel for Bryan Edwards and Marsha Allen-Edwards*